IN THE SUPREME COURT OF THE STATE OF NEVADA

CESAR IVAN TORRES,
          Appellant,
      vs.
MARIA DE JESUS TORRES,
          Respondent.

No. 83677

**FILED**

NOV 23 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court decree of divorce and an order awarding attorney fees and costs. Eighth Judicial District Court, Family Court Division, Clark County; Dedree Butler, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The notice of appeal was prematurely filed in the district court after appellant timely filed a tolling motion[1] seeking a substantive amendment to the orders challenged in this appeal but prior to entry of a written order formally resolving that motion. See NRAP 4(a)(4) (regarding tolling motions); *AA Primo Builders LLC v. Washington*, 126 Nev. 578, 585, 245 P.3d 1190, 1195 (2010) (describing when a post-judgment motion carries tolling effect). To date, it appears the motion remains pending in the district court. This court lacks jurisdiction to consider a prematurely filed notice of appeal. NRAP 4(a)(6) ("A premature notice of

_____
[1]The motion is titled an "objection."

21-33721

appeal does not divest the district court of jurisdiction."). Accordingly, this court

       ORDERS this appeal DISMISSED.[2]

_____, C.J.
Parraguirre

_____, J.        _____, J.
Stiglich                           Silver

cc:    Hon. Dedree Butler, District Judge, Family Court Division
       Cesar Ivan Torres
       Jennifer Gastelum Law PLLC
       Eighth District Court Clerk

---

[2]Appellant may file a new notice of appeal once the district court enters a written order formally resolving the motion.